UNITED STATES COURT OF INTERNATIONAL TRADE        FORM  1

| | |
|---|---|
| Ford Motor Company<br><br>                **Plaintiff,**<br><br>v.<br><br>**UNITED STATES,**<br>                **Defendant.** | **S U M M O N S**<br><br>Case No. 21-00091 |

**TO:**   The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

                                                                              **/s/ Mario Toscano**
                                                                              Clerk of the Court

**PROTEST**

| | | | |
|---|---|---|---|
| Port of Entry: | Baltimore, MD (1303) | Date Protest Filed: | 07/23/2013 |
| Protest Number: | 1303-13-100081 | Date Protest Denied: | 09/11/2020 |
| Importer: | Ford Motor Company | | |
| Category of Merchandise: | Transit Connect Vehicles | | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 300-8607008-1 | 03-Aug-11 | 10-May-13 | 300-8609693-8 | 31-Aug-11 | 10-May-13 |
| 300-8607013-1 | 03-Aug-11 | 10-May-13 | 300-8609696-1 | 31-Aug-11 | 10-May-13 |
| 300-8608241-7 | 07-Sep-11 | 10-May-13 | 300-8609699-5 | 31-Aug-11 | 10-May-13 |
| 300-8609690-4 | 31-Aug-11 | 10-May-13 | 300-8609903-1 | 31-Aug-11 | 10-May-13 |

Port Director,

Port of Baltimore
40 South Gay Street
Baltimore, MD 21202

Address of Customs Port in
Which Protest was Denied

Gordon D. Todd
1501 K Street, N.W.
Washington, DC 20005
+1 202 736 8760
gtodd@sidley.com

Name, Address**,** Telephone Number
and E-mail Address of Plaintiff's Attorney

# CONTESTED ADMINISTRATIVE DECISION

## Appraised Value of Merchandise

|  | Statutory Basis | Statement of Value |
|---|---|---|
| Appraised: |  |  |
| Protest Claim: |  |  |

## Classification, Rate or Amount

| | Assessed | | Protest Claim | |
|---|---|---|---|---|
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| Ford Transit Connect Vehicles | 8704.31.0020 | 25 percent | 8703.23.0052 | 2.5 percent |

## Other

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests:

Classification of the vehicles under 8703.23.0052: CBP did not follow 19 USC 1625(c) (prior treatment) or 19 USC 1315(d) (established and uniform practice) procedures in changing the classification to 8704.31.0020

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in the importer's behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

Todd, Gordon D.
Digitally signed by Todd, Gordon D.
Date: 2021.03.04 09:26:37 -05'00'

*Signature of Plaintiff's Attorney*

3/4/2021

*Date*

## SCHEDULE OF PROTESTS

Baltimore
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 1303-13-100081 | 07/23/2013 | 09/11/2020 | 300-8609904-9 | 31-Aug-11 | 10-May-13 |
| | | | 300-8613277-4 | 25-Oct-11 | 10-May-13 |
| | | | 300-8610728-9 | 30-Sep-11 | 10-May-13 |
| | | | 300-8611456-6 | 30-Sep-11 | 10-May-13 |
| | | | 300-8612764-2 | 17-Oct-11 | 10-May-13 |
| | | | 300-8612817-8 | 17-Oct-11 | 10-May-13 |
| | | | 300-8613276-6 | 25-Oct-11 | 10-May-13 |
| | | | 300-8615258-2 | 04-Nov-11 | 10-May-13 |
| | | | 300-8617246-5 | 24-Nov-11 | 10-May-13 |
| | | | 300-8617250-7 | 24-Nov-11 | 10-May-13 |
| | | | 300-8619821-3 | 11-Jan-12 | 10-May-13 |
| | | | 300-8619822-1 | 11-Jan-12 | 10-May-13 |
| | | | 300-8621538-9 | 24-Jan-12 | 10-May-13 |
| | | | 300-8621547-0 | 30-Jan-12 | 10-May-13 |
| | | | 300-8622011-6 | 21-Jan-12 | 10-May-13 |
| | | | 300-8622013-2 | 21-Jan-12 | 10-May-13 |
| | | | 300-8622017-3 | 24-Jan-12 | 10-May-13 |
| | | | 300-8624095-7 | 14-Feb-12 | 10-May-13 |
| | | | 300-8624096-5 | 14-Feb-12 | 10-May-13 |
| | | | 300-8624097-3 | 14-Feb-12 | 10-May-13 |
| | | | 300-8624098-1 | 14-Feb-12 | 10-May-13 |
| | | | 300-8624099-9 | 14-Feb-12 | 10-May-13 |
| | | | 300-7001394-9 | 19-Mar-12 | 10-May-13 |
| | | | 300-7001395-6 | 19-Mar-12 | 10-May-13 |
| | | | 300-7001397-2 | 19-Mar-12 | 10-May-13 |
| | | | 300-7001399-8 | 19-Mar-12 | 10-May-13 |
| | | | 300-7001400-4 | 19-Mar-12 | 10-May-13 |
| | | | 300-7001775-9 | 15-Mar-12 | 10-May-13 |
| | | | 300-7001777-5 | 15-Mar-12 | 10-May-13 |
| | | | 300-7001779-1 | 15-Mar-12 | 10-May-13 |

Port Director of Customs,

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)

## Baltimore, MD    SCHEDULE OF PROTESTS
*Port of Entry*

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 1303-13-100081 | 07/23/2013 | 09-11-2020 | 300-7003955-5 | 10-Apr-12 | 10-May-13 |
| | | | 300-7003956-3 | 10-Apr-12 | 10-May-13 |
| | | | 300-7003957-1 | 10-Apr-12 | 10-May-13 |
| | | | 300-7003958-9 | 10-Apr-12 | 10-May-13 |
| | | | 300-7003959-7 | 10-Apr-12 | 10-May-13 |
| | | | 300-7005710-2 | 25-Apr-12 | 10-May-13 |
| | | | 300-7005712-8 | 25-Apr-12 | 10-May-13 |
| | | | 300-7005716-9 | 25-Apr-12 | 10-May-13 |
| | | | 300-7007956-9 | 15-May-12 | 10-May-13 |
| | | | 300-7007969-2 | 15-May-12 | 10-May-13 |
| | | | 300-7007970-0 | 15-May-12 | 10-May-13 |
| | | | 300-7010398-9 | 05-Jul-12 | 10-May-13 |
| | | | 300-7010404-5 | 05-Jul-12 | 10-May-13 |
| | | | 300-7010410-2 | 05-Jul-12 | 10-May-13 |
| | | | 300-7010415-1 | 05-Jul-12 | 10-May-13 |
| | | | 300-7010420-1 | 05-Jul-12 | 10-May-13 |
| | | | 300-7010425-0 | 05-Jul-12 | 10-May-13 |
| | | | 300-7011421-8 | 19-Jun-12 | 10-May-13 |
| | | | 300-7011422-6 | 19-Jun-12 | 10-May-13 |
| | | | 300-7011423-4 | 19-Jun-12 | 10-May-13 |
| | | | 300-7011424-2 | 19-Jun-12 | 10-May-13 |
| | | | 300-7011425-9 | 19-Jun-12 | 10-May-13 |
| | | | 300-7011505-8 | 27-Jun-12 | 10-May-13 |
| | | | 300-7011506-6 | 27-Jun-12 | 10-May-13 |
| | | | 300-7011508-2 | 27-Jun-12 | 10-May-13 |
| | | | 300-7012667-5 | 14-Jul-12 | 10-May-13 |
| | | | 300-7012668-3 | 14-Jul-12 | 10-May-13 |
| | | | 300-7012670-9 | 15-Aug-12 | 10-May-13 |
| | | | 300-7015002-2 | 18-Jul-12 | 10-May-13 |
| | | | 300-7015007-1 | 18-Jul-12 | 10-May-13 |

Port Director of Customs,

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)

## Baltimore, MD (1303) SCHEDULE OF PROTESTS
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 1303-13-100081 | 23-Jul-13 | 11-Sep-20 | 300-7016105-2 | 13-Aug-12 | 10-May-13 |
| | | | 300-7016106-0 | 30-Jul-12 | 10-May-13 |
| | | | 300-7016108-6 | 30-Jul-12 | 10-May-13 |
| | | | 300-7016109-4 | 30-Jul-12 | 10-May-13 |
| | | | 300-7016110-2 | 30-Jul-12 | 10-May-13 |
| | | | 300-7016111-0 | 30-Jul-12 | 10-May-13 |
| | | | 300-7017313-1 | 21-Aug-12 | 10-May-13 |
| | | | 300-7017314-9 | 21-Aug-12 | 10-May-13 |
| | | | 300-7018264-5 | 27-Aug-12 | 10-May-13 |
| | | | 300-7018265-2 | 18-Aug-12 | 10-May-13 |
| | | | 300-7018266-0 | 18-Aug-12 | 10-May-13 |
| | | | 300-7018268-6 | 18-Aug-12 | 10-May-13 |
| | | | 300-7018269-4 | 18-Aug-12 | 10-May-13 |
| | | | 300-7018270-2 | 27-Aug-12 | 10-May-13 |
| | | | 300-7018271-0 | 18-Aug-12 | 10-May-13 |
| | | | 300-7018272-8 | 18-Aug-12 | 10-May-13 |
| | | | 300-7019442-6 | 19-Sep-12 | 10-May-13 |
| | | | 300-7019781-7 | 05-Sep-12 | 10-May-13 |
| | | | 300-7019783-3 | 12-Sep-12 | 10-May-13 |
| | | | 300-7019786-6 | 05-Sep-12 | 10-May-13 |
| | | | 300-7019979-7 | 05-Sep-12 | 10-May-13 |
| | | | 300-7021846-4 | 22-Sep-12 | 10-May-13 |
| | | | 300-7021847-2 | 02-Oct-12 | 10-May-13 |
| | | | 300-7025727-2 | 18-Oct-12 | 10-May-13 |
| | | | 300-7025729-8 | 18-Oct-12 | 10-May-13 |
| | | | 300-7025731-4 | 22-Oct-12 | 10-May-13 |
| | | | 300-7025735-5 | 22-Oct-12 | 10-May-13 |
| | | | 300-7025739-7 | 22-Oct-12 | 10-May-13 |
| | | | 300-7025740-5 | 22-Oct-12 | 10-May-13 |
| | | | 300-7025741-3 | 18-Oct-12 | 10-May-13 |

Port Director of Customs,

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)

Form 1-3

**Baltimore, MD**
Port of Entry

**SCHEDULE OF PROTESTS**

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 1303-13-100081 | 23-Jul-13 | 11-Sep-20 | 300-7026806-3 | 02-Nov-12 | 10-May-13 |
| | | | 300-7026807-1 | 02-Nov-12 | 10-May-13 |
| | | | 300-7026808-9 | 02-Nov-12 | 10-May-13 |
| | | | 300-7026809-7 | 09-Nov-12 | 10-May-13 |
| | | | 300-7026810-5 | 02-Nov-12 | 10-May-13 |
| | | | 300-7029174-3 | 19-Nov-12 | 10-May-13 |
| | | | 300-7029178-4 | 15-Dec-12 | 10-May-13 |
| | | | 300-7029181-8 | 15-Dec-12 | 10-May-13 |
| | | | 300-7032437-9 | 12-Dec-12 | 10-May-13 |
| | | | 300-7032439-5 | 12-Dec-12 | 10-May-13 |
| | | | 300-7032442-9 | 18-Dec-12 | 10-May-13 |
| | | | 300-7034613-3 | 17-Jan-13 | 10-May-13 |
| | | | 300-7034616-6 | 14-Jan-13 | 10-May-13 |
| | | | 300-7034618-2 | 14-Jan-13 | 10-May-13 |
| | | | 300-7443347-3 | 14-Jan-13 | 10-May-13 |
| | | | 300-7443350-7 | 22-Jan-13 | 10-May-13 |
| | | | 300-7443354-9 | 22-Jan-13 | 10-May-13 |
| | | | 300-7443357-2 | 14-Jan-13 | 10-May-13 |
| | | | 300-7443359-8 | 22-Jan-13 | 10-May-13 |
| | | | 300-7443360-6 | 31-Jan-13 | 10-May-13 |
| | | | 300-7445901-5 | 07-Feb-13 | 10-May-13 |
| | | | 300-7445902-3 | 07-Feb-13 | 10-May-13 |
| | | | 300-7445903-1 | 07-Feb-13 | 10-May-13 |
| | | | 300-7445904-9 | 07-Feb-13 | 10-May-13 |
| | | | 300-7445905-6 | 12-Feb-13 | 10-May-13 |
| | | | 300-7445906-4 | 12-Feb-13 | 10-May-13 |
| | | | 300-7446013-8 | 12-Feb-13 | 10-May-13 |
| | | | 300-7446014-6 | 12-Feb-13 | 10-May-13 |
| | | | 300-7448240-5 | 12-Mar-13 | 10-May-13 |
| | | | 300-7448241-3 | 12-Mar-13 | 10-May-13 |

Port Director of Customs,

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)

# Baltimore, MD     SCHEDULE OF PROTESTS
*Port of Entry*

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 1303-13-100081 | 23-Jul-13 | 11-Sep-20 | 300-8617245-7 | 24-Nov-11 | 10-May-13 |
| | | | 300-8617247-3 | 24-Nov-11 | 10-May-13 |
| | | | 300-8617248-1 | 24-Nov-11 | 10-May-13 |
| | | | 300-8617251-5 | 24-Nov-11 | 10-May-13 |
| | | | 300-8617252-3 | 24-Nov-11 | 10-May-13 |
| | | | 300-8618547-5 | 22-Dec-11 | 10-May-13 |
| | | | 300-8618548-3 | 22-Dec-11 | 10-May-13 |
| | | | 300-8622022-3 | 21-Jan-12 | 10-May-13 |
| | | | 300-8625178-0 | 01-Mar-12 | 10-May-13 |
| | | | 300-8625180-6 | 01-Mar-12 | 10-May-13 |
| | | | 300-8625185-5 | 01-Mar-12 | 10-May-13 |
| | | | 300-8625188-9 | 01-Mar-12 | 10-May-13 |

Port Director of Customs,

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)

# Jacksonville, FL (1803) SCHEDULE OF PROTESTS
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 1803-13-100032 | 23-Jul-13 | 14-Oct-20 | 300-8457051-2 | 18-Apr-11 | 29-Mar-13 |
| | | | 300-8457052-0 | 18-Apr-11 | 29-Mar-13 |
| | | | 300-8457053-8 | 18-Apr-11 | 29-Mar-13 |
| | | | 300-8457057-9 | 18-Apr-11 | 29-Mar-13 |
| | | | 300-8459358-9 | 16-May-11 | 29-Mar-13 |
| | | | 300-8459359-7 | 16-May-11 | 29-Mar-13 |
| | | | 300-8459360-5 | 16-May-11 | 29-Mar-13 |
| | | | 300-8459365-4 | 16-May-11 | 29-Mar-13 |
| | | | 300-8603303-0 | 16-Jun-11 | 29-Mar-13 |
| | | | 300-8603305-5 | 20-Jun-11 | 05-Apr-13 |
| | | | 300-8603306-3 | 16-Jun-11 | 05-Apr-13 |
| | | | 300-8605498-6 | 18-Jul-11 | 05-Apr-13 |
| | | | 300-8605500-9 | 18-Jul-11 | 05-Apr-13 |
| | | | 300-8607015-6 | 31-Jul-11 | 05-Apr-13 |
| | | | 300-8607017-2 | 31-Jul-11 | 05-Apr-13 |
| | | | 300-8607137-8 | 31-Jul-11 | 05-Apr-13 |
| | | | 300-8607141-0 | 31-Jul-11 | 05-Apr-13 |
| | | | 300-8607143-6 | 02-Aug-11 | 05-Apr-13 |
| | | | 300-8607144-4 | 31-Jul-11 | 05-Apr-13 |
| | | | 300-8607145-1 | 31-Jul-11 | 05-Apr-13 |
| | | | 300-8607146-9 | 02-Aug-11 | 05-Apr-13 |
| | | | 300-8609687-0 | 29-Aug-11 | 05-Apr-13 |
| | | | 300-8609689-6 | 29-Aug-11 | 05-Apr-13 |
| | | | 300-8609691-2 | 29-Aug-11 | 05-Apr-13 |
| | | | 300-8609694-6 | 29-Aug-11 | 05-Apr-13 |
| | | | 300-8609695-3 | 29-Aug-11 | 05-Apr-13 |
| | | | 300-8609700-1 | 29-Aug-11 | 05-Apr-13 |
| | | | 300-8610727-1 | 04-Oct-11 | 05-Apr-13 |
| | | | 300-8612760-0 | 13-Oct-11 | 05-Apr-13 |
| | | | 300-8612790-7 | 13-Oct-11 | 05-Apr-13 |

Port Director of Customs,

Port of Jacksonville
10426 Alta Drive
Jacksonville, FL 32226

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)

Form 1-3

# SCHEDULE OF PROTESTS

Jacksonville, FL
*Port of Entry*

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 1803-13-100032 | 23-Jul-13 | 14-Oct-20 | 300-8615329-1 | 06-Nov-11 | 05-Apr-13 |
| | | | 300-8615330-9 | 06-Nov-11 | 05-Apr-13 |
| | | | 300-8615331-7 | 06-Nov-11 | 05-Apr-13 |
| | | | 300-8615332-5 | 06-Nov-11 | 05-Apr-13 |
| | | | 300-8615333-3 | 06-Nov-11 | 05-Apr-13 |
| | | | 300-8615334-1 | 06-Nov-11 | 05-Apr-13 |
| | | | 300-8615347-3 | 06-Nov-11 | 05-Apr-13 |
| | | | 300-8617257-2 | 27-Nov-11 | 05-Apr-13 |
| | | | 300-8617258-0 | 27-Nov-11 | 05-Apr-13 |
| | | | 300-8617259-8 | 27-Nov-11 | 05-Apr-13 |
| | | | 300-8617260-6 | 27-Nov-11 | 05-Apr-13 |
| | | | 300-8617261-4 | 29-Nov-11 | 05-Apr-13 |
| | | | 300-8619984-9 | 30-Dec-11 | 05-Apr-13 |
| | | | 300-8619985-6 | 30-Dec-11 | 19-Apr-13 |
| | | | 300-8619986-4 | 30-Dec-11 | 05-Apr-13 |
| | | | 300-8619987-2 | 30-Dec-11 | 05-Apr-13 |
| | | | 300-8619988-0 | 30-Dec-11 | 05-Apr-13 |
| | | | 300-8619989-8 | 30-Dec-11 | 05-Apr-13 |
| | | | 300-8619992-2 | 30-Dec-11 | 05-Apr-13 |
| | | | 300-8622003-3 | 21-Jan-12 | 05-Apr-13 |
| | | | 300-8622005-8 | 21-Jan-12 | 05-Apr-13 |
| | | | 300-8622007-4 | 21-Jan-12 | 05-Apr-13 |
| | | | 300-8622009-0 | 21-Jan-12 | 05-Apr-13 |
| | | | 300-8622337-5 | 21-Jan-12 | 05-Apr-13 |
| | | | 300-7001403-8 | 15-Mar-12 | 29-Mar-13 |
| | | | 300-7001788-2 | 22-Mar-12 | 29-Mar-13 |
| | | | 300-7001789-0 | 22-Mar-12 | 19-Apr-13 |
| | | | 300-7001791-6 | 22-Mar-12 | 29-Mar-13 |
| | | | 300-7001792-4 | 22-Mar-12 | 29-Mar-13 |
| | | | 300-7001793-2 | 22-Mar-12 | 29-Mar-13 |

Port Director of Customs,

Port of Jacksonville
10426 Alta Drive
Jacksonville, FL 32226

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)

Form 1-3

# Jacksonville, FL  SCHEDULE OF PROTESTS
*Port of Entry*

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 1803-13-100032 | 23-Jul-13 | 14-Oct-20 | 300-7001883-1 | 22-Mar-12 | 29-Mar-13 |
| | | | 300-7004354-0 | 14-Apr-12 | 29-Mar-13 |
| | | | 300-7004355-7 | 14-Apr-12 | 29-Mar-13 |
| | | | 300-7004356-5 | 14-Apr-12 | 29-Mar-13 |
| | | | 300-7004357-3 | 14-Apr-12 | 29-Mar-13 |
| | | | 300-7004358-1 | 14-Apr-12 | 29-Mar-13 |
| | | | 300-7004359-9 | 14-Apr-12 | 29-Mar-13 |
| | | | 300-7004360-7 | 14-Apr-12 | 29-Mar-13 |
| | | | 300-7005749-0 | 29-Apr-12 | 29-Mar-13 |
| | | | 300-7005750-8 | 29-Apr-12 | 29-Mar-13 |
| | | | 300-7005751-6 | 29-Apr-12 | 29-Mar-13 |
| | | | 300-7005753-2 | 30-Apr-12 | 29-Mar-13 |
| | | | 300-7005755-7 | 29-Apr-12 | 29-Mar-13 |
| | | | 300-7007957-7 | 17-May-12 | 29-Mar-13 |
| | | | 300-7007962-7 | 17-May-12 | 29-Mar-13 |
| | | | 300-7007963-5 | 17-May-12 | 29-Mar-13 |
| | | | 300-7007964-3 | 17-May-12 | 29-Mar-13 |
| | | | 300-7007966-8 | 17-May-12 | 29-Mar-13 |
| | | | 300-7007967-6 | 17-May-12 | 29-Mar-13 |
| | | | 300-7010426-8 | 13-Jun-12 | 29-Mar-13 |
| | | | 300-7010427-6 | 13-Jun-12 | 29-Mar-13 |
| | | | 300-7010428-4 | 13-Jun-12 | 29-Mar-13 |
| | | | 300-7010429-2 | 13-Jun-12 | 29-Mar-13 |
| | | | 300-7010432-6 | 13-Jun-12 | 29-Mar-13 |
| | | | 300-7011378-0 | 17-Jun-12 | 29-Mar-13 |
| | | | 300-7011380-6 | 17-Jun-12 | 29-Mar-13 |
| | | | 300-7011384-8 | 17-Jun-12 | 29-Mar-13 |
| | | | 300-7011386-3 | 17-Jun-12 | 29-Mar-13 |
| | | | 300-7011408-5 | 23-Jun-12 | 03-May-13 |

Port Director of Customs,

Port of Jacksonville
10426 Alta Drive
Jacksonville, FL 32226

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)

# SCHEDULE OF PROTESTS

**Jacksonville, FL**
_Port of Entry_

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 1803-13-100032 | 23-Jul-13 | 14-Oct-20 | 300-7011409-3 | 23-Jun-12 | 29-Mar-13 |
| | | | 300-7011411-9 | 23-Jun-12 | 29-Mar-13 |
| | | | 300-7011412-7 | 23-Jun-12 | 29-Mar-13 |
| | | | 300-7011414-3 | 23-Jun-12 | 29-Mar-13 |
| | | | 300-7011415-0 | 23-Jun-12 | 29-Mar-13 |
| | | | 300-7011545-4 | 18-Jun-12 | 29-Mar-13 |
| | | | 300-7011546-2 | 18-Jun-12 | 29-Mar-13 |
| | | | 300-7011547-0 | 18-Jun-12 | 29-Mar-13 |
| | | | 300-7011548-8 | 18-Jun-12 | 03-May-13 |
| | | | 300-8624634-3 | 18-Feb-12 | 05-Apr-13 |
| | | | 300-8624635-0 | 18-Feb-12 | 05-Apr-13 |
| | | | 300-8624636-8 | 18-Feb-12 | 05-Apr-13 |
| | | | 300-8624637-6 | 18-Feb-12 | 05-Apr-13 |
| | | | 300-8624638-4 | 18-Feb-12 | 05-Apr-13 |
| | | | 300-8624639-2 | 18-Feb-12 | 05-Apr-13 |
| | | | 300-8624640-0 | 18-Feb-12 | 05-Apr-13 |
| | | | 300-8625181-4 | 15-Mar-12 | 19-Apr-13 |
| | | | 300-8625182-2 | 15-Mar-12 | 05-Apr-13 |
| | | | 300-8625191-3 | 09-Mar-12 | 05-Apr-13 |
| | | | 300-8625195-4 | 15-Mar-12 | 05-Apr-13 |
| | | | 300-7005752-4 | 29-Apr-12 | 29-Mar-13 |
| | | | 300-7011413-5 | 23-Jun-12 | 29-Mar-13 |
| | | | 300-7011543-9 | 17-Jun-12 | 29-Mar-13 |
| | | | 300-7012664-2 | 10-Jul-12 | 29-Mar-13 |
| | | | 300-7012665-9 | 10-Jul-12 | 29-Mar-13 |
| | | | 300-7012666-7 | 10-Jul-12 | 29-Mar-13 |
| | | | 300-7014994-1 | 18-Jul-12 | 29-Mar-13 |
| | | | 300-7014995-8 | 18-Jul-12 | 29-Mar-13 |
| | | | 300-7014996-6 | 18-Jul-12 | 29-Mar-13 |
| | | | 300-7014997-4 | 19-Jul-12 | 29-Mar-13 |

Port Director of Customs,

Port of Jacksonville
10426 Alta Drive
Jacksonville, FL 32226

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)

# Jacksonville, FL  SCHEDULE OF PROTESTS
*Port of Entry*

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 1803-13-100032 | 23-Jul-13 | 14-Oct-20 | 300-7014999-0 | 18-Jul-12 | 29-Mar-13 |
| | | | 300-7016112-8 | 04-Aug-12 | 29-Mar-13 |
| | | | 300-7016113-6 | 04-Aug-12 | 29-Mar-13 |
| | | | 300-7016114-4 | 04-Aug-12 | 29-Mar-13 |
| | | | 300-7017320-6 | 14-Aug-12 | 29-Mar-13 |
| | | | 300-7017322-2 | 14-Aug-12 | 29-Mar-13 |
| | | | 300-7017324-8 | 14-Aug-12 | 29-Mar-13 |
| | | | 300-7017326-3 | 14-Aug-12 | 29-Mar-13 |
| | | | 300-7017329-7 | 14-Aug-12 | 29-Mar-13 |
| | | | 300-7019438-4 | 31-Aug-12 | 29-Mar-13 |
| | | | 300-7019440-0 | 04-Sep-12 | 29-Mar-13 |
| | | | 300-7019443-4 | 31-Aug-12 | 29-Mar-13 |
| | | | 300-7019788-2 | 08-Sep-12 | 29-Mar-13 |
| | | | 300-7019790-8 | 10-Sep-12 | 29-Mar-13 |
| | | | 300-7019794-0 | 08-Sep-12 | 29-Mar-13 |
| | | | 300-7025742-1 | 21-Oct-12 | 29-Mar-13 |
| | | | 300-7025743-9 | 21-Oct-12 | 29-Mar-13 |
| | | | 300-7025745-4 | 21-Oct-12 | 29-Mar-13 |
| | | | 300-7025746-2 | 22-Oct-12 | 29-Mar-13 |
| | | | 300-7025748-8 | 22-Oct-12 | 29-Mar-13 |
| | | | 300-7026800-6 | 10-Nov-12 | 29-Mar-13 |
| | | | 300-7026801-4 | 10-Nov-12 | 29-Mar-13 |
| | | | 300-7026803-0 | 10-Nov-12 | 29-Mar-13 |
| | | | 300-7029169-3 | 18-Dec-12 | 29-Mar-13 |
| | | | 300-7032441-1 | 15-Dec-12 | 29-Mar-13 |
| | | | 300-7032445-2 | 15-Dec-12 | 29-Mar-13 |
| | | | 300-7032446-0 | 15-Dec-12 | 29-Mar-13 |
| | | | 300-7443365-5 | 28-Jan-13 | 29-Mar-13 |
| | | | 300-7443369-7 | 28-Jan-13 | 29-Mar-13 |
| | | | 300-7001790-8 | 22-Mar-12 | 05-Apr-13 |

Port Director of Customs,

Port of Jacksonville
10426 Alta Drive
Jacksonville, FL 32226

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)

## Jacksonville, FL    SCHEDULE OF PROTESTS
*Port of Entry*

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 1803-13-100032 | 23-Jul-13 | 14-Oct-20 | 300-7029168-5 | 18-Dec-12 | 05-Apr-13 |
| | | | 300-7032444-5 | 15-Dec-12 | 05-Apr-13 |
| | | | 300-7032447-8 | 18-Dec-12 | 05-Apr-13 |
| | | | 300-7034600-0 | 02-Jan-13 | 05-Apr-13 |
| | | | 300-7034601-8 | 02-Jan-13 | 05-Apr-13 |
| | | | 300-7034602-6 | 02-Jan-13 | 05-Apr-13 |
| | | | 300-7034603-4 | 02-Jan-13 | 05-Apr-13 |
| | | | 300-7034604-2 | 02-Jan-13 | 05-Apr-13 |
| | | | 300-7034605-9 | 02-Jan-13 | 05-Apr-13 |
| | | | 300-7034607-5 | 04-Jan-13 | 05-Apr-13 |
| | | | 300-7443363-0 | 27-Jan-13 | 05-Apr-13 |
| | | | 300-7443364-8 | 27-Jan-13 | 05-Apr-13 |
| | | | 300-7443366-3 | 27-Jan-13 | 05-Apr-13 |
| | | | 300-7443367-1 | 27-Jan-13 | 05-Apr-13 |
| | | | 300-7443368-9 | 27-Jan-13 | 05-Apr-13 |
| | | | 300-7443372-1 | 27-Jan-13 | 05-Apr-13 |
| | | | 300-7445829-8 | 08-Feb-13 | 05-Apr-13 |
| | | | 300-7445833-0 | 08-Feb-13 | 05-Apr-13 |
| | | | 300-7445842-1 | 08-Feb-13 | 05-Apr-13 |
| | | | 300-7445850-4 | 08-Feb-13 | 05-Apr-13 |
| | | | 300-8605499-4 | 18-Jul-11 | 05-Apr-13 |
| | | | 300-8622008-2 | 21-Jan-12 | 05-Apr-13 |
| | | | 300-8622004-1 | 21-Jan-12 | 19-Apr-13 |

Port Director of Customs,

Port of Jacksonville
10426 Alta Drive
Jacksonville, FL 32226

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)

Form 1-3

# Jacksonville, FL  SCHEDULE OF PROTESTS
*Port of Entry*

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 1803-13-100048 | 26-Nov-13 | 14-Oct-20 | 300-7448234-8<br>300-7448235-5<br>300-7448236-3<br>300-7448237-1<br>300-7448239-7<br>300-7448238-9 | 05-Mar-13<br>05-Mar-13<br>05-Mar-13<br>05-Mar-13<br>05-Mar-13<br>06-Mar-13 | 13-Sep-13<br>13-Sep-13<br>13-Sep-13<br>13-Sep-13<br>20-Sep-13<br>08-Nov-13 |

Port Director of Customs,

Port of Jacksonville
10426 Alta Drive
Jacksonville, FL 32226

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)

Port Hueneme, CA (2713) **SCHEDULE OF PROTESTS**
_Port of Entry_

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 2704-13-101434 | 25-Jul-13 | 09-Sep-20 | 300-8621427-5 | 28-Jan-12 | 22-Mar-13 |
| | | | 300-8621433-3 | 28-Jan-12 | 22-Mar-13 |
| | | | 300-7002204-9 | 23-Mar-12 | 29-Mar-13 |
| | | | 300-7002397-1 | 04-Apr-12 | 29-Mar-13 |
| | | | 300-8623580-9 | 23-Feb-12 | 29-Mar-13 |
| | | | 300-8624934-7 | 08-Mar-12 | 29-Mar-13 |
| | | | 300-7002400-3 | 04-Apr-12 | 05-Apr-13 |
| | | | 300-7003996-9 | 18-Apr-12 | 05-Apr-13 |
| | | | 300-7006319-1 | 03-May-12 | 05-Apr-13 |
| | | | 300-7006321-7 | 03-May-12 | 05-Apr-13 |
| | | | 300-7007354-7 | 24-May-12 | 05-Apr-13 |
| | | | 300-7007355-4 | 24-May-12 | 05-Apr-13 |
| | | | 300-7009376-8 | 12-Jun-12 | 05-Apr-13 |
| | | | 300-7009377-6 | 12-Jun-12 | 05-Apr-13 |
| | | | 300-7009378-4 | 02-Jun-12 | 05-Apr-13 |
| | | | 300-7011399-6 | 28-Jun-12 | 05-Apr-13 |
| | | | 300-7011400-2 | 28-Jun-12 | 05-Apr-13 |
| | | | 300-7012679-0 | 15-Jul-12 | 05-Apr-13 |
| | | | 300-7012681-6 | 15-Jul-12 | 05-Apr-13 |
| | | | 300-7012689-9 | 13-Jul-12 | 05-Apr-13 |
| | | | 300-7014255-7 | 30-Jul-12 | 05-Apr-13 |
| | | | 300-7014256-5 | 30-Jul-12 | 05-Apr-13 |
| | | | 300-7014258-1 | 30-Jul-12 | 05-Apr-13 |
| | | | 300-7015137-6 | 08-Aug-12 | 05-Apr-13 |
| | | | 300-7015138-4 | 08-Aug-12 | 05-Apr-13 |
| | | | 300-7019446-7 | 05-Sep-12 | 05-Apr-13 |
| | | | 300-7019447-5 | 05-Sep-12 | 05-Apr-13 |
| | | | 300-7019550-6 | 05-Sep-12 | 05-Apr-13 |
| | | | 300-7019551-4 | 03-Sep-12 | 05-Apr-13 |
| | | | 300-7019552-2 | 03-Sep-12 | 05-Apr-13 |

Port Director of Customs,

Port of Port Hueneme
720 W. Hueneme Road
Oxnard, CA 93033

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)

# Port Hueneme, CA SCHEDULE OF PROTESTS
_Port of Entry_

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 2704-13-101434 | 25-Jul-13 | 09-Sep-20 | 300-7019556-3 | 03-Sep-12 | 05-Apr-13 |
| | | | 300-7019557-1 | 03-Sep-12 | 05-Apr-13 |
| | | | 300-7019560-5 | 05-Sep-12 | 05-Apr-13 |
| | | | 300-7020921-6 | 19-Sep-12 | 05-Apr-13 |
| | | | 300-7020922-4 | 19-Sep-12 | 05-Apr-13 |
| | | | 300-7020924-0 | 19-Sep-12 | 05-Apr-13 |
| | | | 300-7024514-5 | 20-Oct-12 | 05-Apr-13 |
| | | | 300-7024515-2 | 20-Oct-12 | 05-Apr-13 |
| | | | 300-7024516-0 | 20-Oct-12 | 05-Apr-13 |
| | | | 300-7025516-9 | 02-Nov-12 | 05-Apr-13 |
| | | | 300-7025517-7 | 31-Oct-12 | 05-Apr-13 |
| | | | 300-7027749-4 | 16-Nov-12 | 05-Apr-13 |
| | | | 300-7027752-8 | 15-Nov-12 | 05-Apr-13 |
| | | | 300-7029205-5 | 28-Nov-12 | 05-Apr-13 |
| | | | 300-7030148-4 | 08-Dec-12 | 05-Apr-13 |
| | | | 300-7031749-8 | 12-Dec-12 | 05-Apr-13 |
| | | | 300-7031750-6 | 12-Dec-12 | 05-Apr-13 |
| | | | 300-7032448-6 | 26-Dec-12 | 05-Apr-13 |
| | | | 300-7032450-2 | 27-Dec-12 | 05-Apr-13 |
| | | | 300-7034323-9 | 09-Jan-13 | 05-Apr-13 |
| | | | 300-7035183-6 | 09-Jan-13 | 05-Apr-13 |
| | | | 300-7035184-4 | 09-Jan-13 | 05-Apr-13 |
| | | | 300-7443377-0 | 25-Jan-13 | 05-Apr-13 |
| | | | 300-7443379-6 | 28-Jan-13 | 05-Apr-13 |
| | | | 300-7445598-9 | 11-Feb-13 | 05-Apr-13 |
| | | | 300-7447583-9 | 20-Feb-13 | 05-Apr-13 |
| | | | 300-7447584-7 | 22-Feb-13 | 05-Apr-13 |
| | | | 300-8615226-9 | 18-Nov-11 | 05-Apr-13 |
| | | | 300-8622510-7 | 09-Feb-12 | 05-Apr-13 |
| | | | 300-8624940-4 | 08-Mar-12 | 05-Apr-13 |
| | | | 300-7447865-0 | 04-Mar-13 | 17-May-13 |
| | | | 300-7447866-8 | 07-Mar-13 | 28-Jun-13 |

Port Director of Customs,

Port of Port Hueneme
720 W. Hueneme Road
Oxnard, CA 93033

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)