FORM 11-1

UNITED STATES COURT OF INTERNATIONAL TRADE                FORM 11

| | |
|---|---|
| Ford Motor Company<br>                          Plaintiff,<br><br>  v.<br>United States<br>                          Defendant. | Court No.:       21-00091 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiff, Ford Motor Company, in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☐ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is _____.

Date: May 13, 2021

Barbara Broussard
Attorney

Sidley Austin LLP
Firm

1501 K Street NW
Street Address

Washington, DC 20005
City, State and Zip Code

(202) 736-8161
Telephone Number

bbroussard@sidley.com
E-mail Address

FORM 11-2

Schedule to Notice of Appearance

| Court Number | Case Name | Party or Parties Represented |
|---|---|---|
| 21-00091 | | |

(As amended May 25, 2004, eff. Sept. 1, 2004; Nov. 25, 2009, eff. Jan. 1, 2010; Dec. 7, 2010, eff. Jan. 1, 2011; Dec. 4, 2012, eff. Jan. 1, 2013; June 5, 2015, eff. July 1, 2015.)