## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| FORD MOTOR COMPANY, | )<br>)<br>) |
| *Plaintiff,* | ) Court No. 21-00091<br>) |
| v. | )<br>) |
| UNITED STATES, | )<br>) |
| *Defendant.* | )<br>) |

**ORDER**

Upon consideration of Plaintiffs' consent motion to vacate the Court's dismissal of this action pursuant to Rule 83(c) and upon due deliberation, it is

**ORDERED** that Plaintiff's motion be, and hereby is, granted; and it is further

**ORDERED** that the order entered by this Court on March 12, 2024 dismissing this action pursuant to Rule 83(c) is **VACATED**.

/s/ Timothy M. Reif

Judge

Dated: New York, New York

March 18, 2024.