## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| FORD MOTOR COMPANY, )<br>)<br>)<br>)<br>    *Plaintiff,* )<br>)<br>    v. )<br>)<br>UNITED STATES, )<br>)<br>    *Defendant.* )<br>)<br>) | Court No. 21-00091 |

### ORDER OF DISMISSAL

The Court has reviewed Plaintiff's notice of voluntary dismissal. Pursuant to Rule 41(a)(1)(B) of this Court, and upon consideration of Plaintiff's notice of voluntary dismissal, this action is dismissed with prejudice.

_____
Judge

Dated: New York, New York

_____, 2024.

Pursuant to Rule 82(b), the above motion is Granted.

Dated: March 18, 2024

Clerk of the Court
By: /s/ Jason Chien
Deputy Clerk